UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSE JESUS ROBERTO BARAJAS-GARCIA,<br><br>　　　　Defendant. | CASE NO.  21CR3043-JLS<br><br>**ORDER RE JOINT MOTION TO CONTINUE THE MOTION HEARING** |

**IT IS HEREBY ORDERED** that the joint motion to continue the motion hearing from November 24, 2021 to **December 10, 2021 at 1:30 p.m. is granted**. For the reasons set forth in the joint motion, time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) and (h)(7).

**IT IS SO ORDERED**.

Dated: November 17, 2021

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge